IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 15 |
| CREDITO REAL, S.A.B. DE C.V., | ) Bankr. Case No. 25-10208-TMH |
| SOFOM, E.N.R., | ) Bankr. BAP No. 25-18 |
| | ) |
| Debtor in a Foreign Proceeding. | ) |
| _____ | ) |
| UNITED STATES INTERNATIONAL | ) |
| DEVELOPMENT FINANCE | ) |
| CORPORATION, | ) |
| | ) |
| Appellant, | ) |
| | ) Civil Action No. 25-371-CFC |
| v. | ) |
| ROBERT WAGSTAFF, et al., | ) |
| | ) |
| Appellees. | ) |

## ORDER

At Wilmington this 28th day of April 2025, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

It is HEREBY ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **June 9, 2025.**

2. Appellees' brief in opposition to the appeal is due on or before **July 7, 2025**

3. Appellant's reply brief is due on or before **July 21, 2025.**

_____
Chief Judge