IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE CRÉDITO REAL S.A.B. DE C.V. SOFOM, E.N.R., | : : : | Chapter 11 |
| | : | Bankr. No. 25-10208 (TMH) |
| Debtor in a Foreign Proceeding. | : : | |

| | | |
|---|---|---|
| UNITED STATES INTERNATIONAL DEVELOPMENT FINANCE CORP., | : : : | |
| Appellant, v. | : : : | Civ. No. 25-371 (CFC) |
| CRÉDITO REAL S.A.B. DE C.V., SOFOM, E.N.R., *et al.*, | : : : | |
| Appellees. | : : | |

## ORDER

For the reasons set forth in the accompanying Opinion, it is hereby ORDERED:

1.    The Bankruptcy Court's *Order Granting (I) Recognition of Foreign Main Proceeding, (II) Full Force and Effect to Concurso Plan and Certain Related Relief* (Bankr. D.I. 51) (the "Enforcement Order") is AFFIRMED.

2.    The Clerk of the Court is directed to CLOSE Civ. No. 25-371-CFC.

Entered this Thirty-first Day of March, 2026.

_____
CHIEF JUDGE