# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE CRÉDITO REAL S.A.B. DE C.V. SOFOM, E.N.R., <br><br> Debtor in a Foreign Proceeding. | Chapter 11 <br><br> Bankr. No. 25-10208 (TMH) |
| UNITED STATES INTERNATIONAL DEVELOPMENT FINANCE CORPORATION, <br><br> Appellant, <br><br> v. <br><br> CRÉDITO REAL S.A.B. DE C.V., SOFOM, E.N.R., *et al.* <br><br> Appellees. | Civ. No. 25-371 (CFC) |

## NOTICE OF APPEAL

Notice is hereby given that United States International Development Finance Corporation (DFC) appeals to the United States Court of Appeals for the Third Circuit from the Opinion and Order entered on March 31, 2026 (D.I. 30, 31), affirming the Bankruptcy Court's *Order Granting (I) Recognition of Foreign Main Proceeding, (II) Full Force and Effect to Concurso Plan and Certain Related Relief* (Bankr. D.I. 51), and all other orders, decisions, and opinions subsumed therein.

28738604

The names of the parties to the order appealed from and the names of their respective counsel are as follows.

**Appellant(s)**

United States International
Development Finance Corporation

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
Kevin M. Capuzzi (No. 5462)
John C. Gentile (No. 6159)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: kcapuzzi@beneschlaw.com
        jgentile@beneschlaw.com

**MORRISON & FOERSTER LLP**
Benjamin Butterfield
(admitted *pro hac vice*)
Theresa Foudy
(admitted *pro hac vice*)
Darren Smolarski
(admitted *pro hac vice*)
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: bbutterfield@mofo.com
        tfoudy@mofo.com
        dsmolarski@mofo.com

2

**Appellee(s)**

| | |
|---|---|
| Crédito Real S.A.B. de C.V., SOFOM, E.N.R.<br>*Debtor*<br>Robert Wagstaff<br>*Foreign Representative* | **RICHARDS, LAYTON & FINGER P.A.**<br>Mark D. Collins (No. 2981)<br>John H. Knight (No. 3848)<br>Amanda Steele (No. 5530)<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Email: collins@rlf.com<br>          knight@rlf.com<br>          steele@rlf.com<br><br>**WHITE & CASE LLP**<br>John K. Cunningham<br>(admitted *pro hac vice*)<br>Richard S. Kebrdle<br>(admitted *pro hac vice*)<br>Claire M. Campbell<br>(admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: jcunningham@whitecase.com<br>          rkebrdle@whitecase.com<br>          claire.campbell@whitecase.com<br><br>**WHITE & CASE LLP**<br>Jason N. Zakia<br>(admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Email: jzakia@whitecase.com |

3

**Appellee(s)**

Technical Committee

**POTTER ANDERSON &
CORROON LLP**
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
Gregory J. Flasser (No. 6154)
James R. Risener III (No. 7334)
Shannon A. Forshay (No. 7293)
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: csamis@potteranderson.com
　　　kgood@potteranderson.com
　　　gflasser@potteranderson.com
　　　jrisener@potteranderson.com
　　　sforshay@potteranderson.com

**CLEARY GOTTLIEB STEEN &
HAMILTON LLP**
David H. Botter
(admitted *pro hac vice*)
Luke A. Barefoot
(admitted *pro hac vice*)
Carina S. Wallance
(admitted *pro hac vice*)
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Email: dbotter@cgsh.com
　　　lbarefoot@cgsh.com
　　　cwallance@cgsh.com

4

Concurrent with this notice, DFC has remitted payment of the filing fee ($5.00) and the docketing fee ($600.00) as required by 28 U.S.C. § 1917, Federal Rule of Appellate Procedure 3(e), and the fee schedules of the District of Delaware and the Third Circuit.

Dated:  May 29, 2026

/s/ Kevin M. Capuzzi

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
Kevin M. Capuzzi (No. 5462)
John C. Gentile (No. 6159)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: kcapuzzi@beneschlaw.com
          jgentile@beneschlaw.com

**MORRISON & FOERSTER LLP**
Benjamin Butterfield
(admitted *pro hac vice*)
Theresa Foudy
(admitted *pro hac vice*)
Darren Smolarski
(admitted *pro hac vice*)
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: bbutterfield@mofo.com
          tfoudy@mofo.com
          dsmolarski@mofo.com

*Counsel for Appellant DFC*

5