# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 26-2356

In re: Credito Real, S.A.B. de C.V., SOFOM, E.N.R.

(U.S. District Court No.: 1:25-cv-00371)

## ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: September 11, 2026
TMM/cc: Luke A. Barefoot, Esq.
David H. Botter, Esq.
John K. Cunningham, Esq.
L. Katherine Good, Esq.
John H. Knight, Esq.
Randall C. Lohan
Joseph R. Palmore, Esq.
Amanda R. Steele, Esq.
Carina S. Wallance, Esq.
Jason N. Zakia, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate